```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Docket No. 4:07CR3147 |
| v. ) | |
| ) | |
| LAVON STENNIS-WILLIAMS, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

1. Defendant's unopposed motion to continue the deadline for filing pretrial motions, filing 11, is granted and defendant's pretrial motions and briefs shall be filed on or before January 11, 2008.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and January 11, 2008, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 10th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge