```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3147 |
| | ) | |
| v. | ) | |
| | ) | |
| LAVON STENNIS-WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of the motion of the defendant for appointment of counsel and the plaintiff's response, the court needs additional information in order to rule on the defendant's request.

IT THEREFORE HEREBY IS ORDERED,

Defendant shall file within ten days a complete financial statement including a complete report of all assets and income, including all such items of all adult members of the household, unless such are not reasonably available to the defendant, and all liabilities and expenses, unless such are not collectible from the defendant. Such statement shall also address the matters raised in the plaintiff's response to the motion. The clerk shall file such statement under seal.

DATED this 15th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge