```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )           4:07CR3147
                               )
      v.                       )
                               )
LAVON STENNIS-WILLIAMS,        )              ORDER
                               )
            Defendant.         )
                               )
```

Based upon defendant's request to enter a plea of guilty and the setting of a hearing date for the plea (filing 20),

IT IS ORDERED:

Defendant's motion to extend deadlines and continue trial, filing 18, is denied as moot.

DATED this 17th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge