IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3147 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LAVON STENNIS-WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

After consideration of the motion for appointment of counsel (filing 14) and supporting affidavit (filing 15),

IT IS ORDERED that D.C. Bradford III is appointed to represent Defendant Stennis-Williams effective November 15, 2007.  The Federal Public Defender shall provide Mr. Bradford with the appropriate CJA voucher.  The Clerk of Court shall provide the Federal Public Defender with a copy of this order.

July 1, 2008.                           BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge