FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 MAR 16 PM 2: 13

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )      4:07CR-3147
          Plaintiff,             )
                                )      **REQUEST FOR TRANSCRIPT**
     vs.                         )      **BY NON-PARTY**
                                )
LAVON STENNIS-WILLIAMS,          )

I am not a party to this case, i.e., neither the plaintiff nor the defendant. I ask the court for leave to obtain certified copies of the transcription of the plea hearing held on February 25, 2008 and the sentencing hearing held June 27, 2008, including opening and closing statements and victim statement. The transcripts have been transcribed and copies are located at Document Nos. 32 and 55 on the ECF History Sheet. If the court grants this request, I agree that I will be responsible for all charges connected with the preparation of the certified copies of the transcripts.

DATED this 12th day of March, 2009.

BRODKEY, CUDDIGAN, PEEBLES &
BELMONT, LLP

By: _____
Lisa M. Line, Nebraska Bar No. 20105
Brodkey, Cuddigan, Peebles & Belmont, LLP
Two Old Mill, Suite 100
10855 West Dodge Road
Omaha, NE 68154
(402) 397-2000

Granted
[signature]
U.S.D.J.